UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYOTE LOGISTICS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CELS ENTERPRISE, INC.,<br><br>    Defendant. | Case No. 2:25-cv-06913-SB-MAR<br><br>ORDER TO SHOW CAUSE |

    Plaintiff's first amended complaint against Defendant Cels Enterprise, Inc. was deemed filed on November 14, 2025. On November 18, 2025, Plaintiff served Defendant. *See* Dkt. No. 30. Defendant failed to timely respond, and Plaintiff has not sought entry of default against Defendant. Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than December 18, 2025 why its claims should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before December 18, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims.

Date: December 15, 2025

                                                         Stanley Blumenfeld, Jr.
                                                         United States District Judge