JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYOTE LOGISTICS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CELS ENTERPRISE, INC.,<br><br>    Defendant. | Case No. 2:25-cv-06913-SB-MAR<br><br>FINAL JUDGMENT |

    For the reasons stated in the order granting default judgment entered this date, it is ordered and adjudged that Plaintiff is awarded $275,283.37, consisting of $240,489.54 in damages, $34,131.02 in prejudgment interest, and $662.81 in costs.

    This is a final judgment.

Date: February 23, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1